**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1: 22-cv-02289-RMR-NRN

CHRISTIAN HETTERICH,

    Plaintiff,

v.

THE RITZ-CARLTON HOTEL COMPANY, LLC,

    Defendant.

---

**ORDER FOR DISMISSAL**

---

THIS MATTER having come before the Court on the parties' STIPULATION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED this 20th day of December, 2023.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge